**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————

**No. 01-8131**

————————

ALVIN GRIGSBY,

Plaintiff - Appellant,

versus

GLENDALE HILL, Superintendent,

Defendant - Appellee.

————————

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Henry C. Morgan, Jr., District Judge.  (CA-01-740-2)

————————

Submitted:  February 21, 2002      Decided:  April 16, 2002

————————

Before WILKINS, MOTZ, and TRAXLER, Circuit Judges.

————————

Dismissed by unpublished per curiam opinion.

————————

Alvin Grigsby, Appellant Pro Se.

————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Alvin Grigsby appeals the district court's order dismissing his 42 U.S.C.A. § 1983 (West Supp. 2001) complaint for failure to state a claim upon which relief may be granted. We dismiss the appeal for lack of jurisdiction because Grigsby's notice of appeal was untimely filed.

Parties are accorded thirty days after the entry of the district court's final judgment or order to note an appeal, see Fed. R. App. P. 4(a)(1), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5), or reopens the appeal period under Fed. R. App. P. 4(a)(6). This appeal period is "mandatory and jurisdictional." Browder v. Director, Dep't of Corrections, 434 U.S. 257, 264 (1978) (quoting United States v. Robinson, 361 U.S. 220, 229 (1960)).

The district court's order was entered on the docket on October 18, 2001. Grigsby's notice of appeal was filed on December 20, 2001. Because Grigsby failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal. We also deny Grigsby's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2